## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK CHRISTIAN, | |
| Plaintiff, | Civil Action No. 20-2954 (JMC) |
| v. | |
| SAFEWAY, | |
| Defendant. | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Safeway, Inc.'s Motion to Dismiss, ECF 8, is **GRANTED**; and it is **FURTHER ORDERED** that the complaint and this civil action are **DISMISSED**. This is a final appealable Order. The Clerk of Court shall terminate this case.

**SO ORDERED.**

DATE: February 24, 2022

_____
Jia M. Cobb
U.S. District Court Judge